UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIANNA CASTELLI, KAREN LYVERS, and MATTHEW WHITE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 19-cv-3026<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Brianna Castelli, Karen Lyvers, and Matthew White ("Plaintiffs"), by and through their counsel, submit this notice of voluntary dismissal. Plaintiffs hereby dismiss all of their claims in the above-captioned action without prejudice.

DATED: June 26, 2019                                        **GREG COLEMAN LAW PC**

                                                          By:    *s/Gregory F. Coleman*
                                                                    Gregory F. Coleman
                                                                    Rachel Soffin
                                                                    Adam A. Edwards*
                                                                    William A. Ladnier*
                                                                **GREG COLEMAN LAW**
                                                                    800 S. Gay Street, Suite 1100
                                                                    Knoxville, TN 37929
                                                                    Telephone: (865) 247-0080
                                                                    Facsimile: (865) 522-0049
                                                                    greg@gregcolemanlaw.com
                                                                    rachel@gregcolemanlaw.com
                                                                    adam@gregcolemanlaw.com
                                                                    will@gregcolemanlaw.com

                                                                    Hassan A. Zavareei*
                                                                    Andrea R. Gold*
                                                                    **TYCKO & ZAVAREEI LLP**
                                                                    1828 L Street, NW, Suite 1000
                                                                    Washington, DC  20036

Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
agold@tzlegal.com

Annick Persinger
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Nick Suciu III
**BARBAT, MANSOUR & SUCIU PLLC**
1644 Bracken Rd.
Bloomfield Hills, Michigan 48302
Telephone: (313) 303-3472
nicksuciu@bmslawyers.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing Notice of Voluntary Dismissal was served on counsel of record through the CM/ECF system on June 26, 2019.

    Dated: June 26, 2019

                                                  *s/Gregory F. Coleman*
                                                Gregory F. Coleman